IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDDIE BROWN,**

    Plaintiff,

vs.                                                                                  4:06-CV-015-SPM

**SGT. STEVEN COYNE, et. al,**

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) dated April 6, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Upon request, Plaintiff was granted an extension of time to file his objections (doc. 11), but to date no objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is

adopted and incorporated by reference in this order.

2.   This case is *dismissed* as being barred by the statute of limitations.

**DONE AND ORDERED** this fifteenth day of May, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge