# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FREDDIE BROWN,**

    **Plaintiff,**

vs.                                                                                      4:06-CV-015-SPM

**SGT. STEVEN COYNE, et. al,**

    **Defendants.**

_____/

## ORDER DISMISSING OBJECTIONS AS MOOT

**THIS CAUSE** comes before the Court upon the objections filed by Plaintiff (doc. 14) on May 17, 2006, which were filed after this Court's order (doc. 12) adopting the magistrate's report and recommendation and dismissing the case. Plaintiff was permitted an extension of time in which to file his objections (doc. 11), but failed to meet the May 12, 2006 deadline. Having reviewed the objections anyway, the Court finds they would have not affected the ultimate outcome of this case.

    Accordingly, it is

    **ORDERED AND ADJUDGED** that Plaintiff's objections (doc. 14) are hereby *dismissed* as moot.

    **DONE AND ORDERED** this <u>eighteenth</u> day of May, 2006.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge